**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GREGORY PEREZ,

      Plaintiff,

v.                                                                 Case No: 5:16-cv-23-Oc-30PRL

LA NUEVA ISLA SUPERMARKET
CORP. and PERSIO W. ARISTY,

      Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice

(Dkt. #4).   Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 16th day of February, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record